UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM BITTORF and KATHY
BITTORF,

    Plaintiffs,

v.                                                           Case No. 6:18-cv-632-Orl-37TBS

LEXINGTON INSURANCE
COMPANY,

    Defendant.

## ORDER

In the instant action, William and Kathy Bittorf (collectively, "**Plaintiffs**") filed a complaint in state court asserting a claim against Lexington Insurance Company ("**Defendant**") for damages caused by breaching an insurance policy. (Doc. 2.) Defendant then removed this case here, invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1.) On April 23, 2018, Plaintiffs moved to remand this action back to state court, contending that Defendant's allegations concerning the amount-in-controversy ("**AIC**") were deficient. (Doc. 4 ("**Motion**").) On referral, U.S. Magistrate Judge Thomas B. Smith finds that Defendant failed to meet its burden of proving the AIC by a preponderance of the evidence, and thus, he recommends the Court grant the Motion and remand this case. (Doc. 28 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court concludes that the R&R is due to be adopted in its entirety. Thus, the Motion is due to be granted and this case is due to be remanded.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 28) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Plaintiffs William and Kathy Bittorf's Motion for Remand (Doc. 4.) is **GRANTED**.

3. This case is **REMANDED** to the Circuit Court for the Seventh Judicial Circuit of Florida, in and for Volusia County, Florida.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 13, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
The Circuit Court of the Seventh Judicial Circuit of Florida,
in and for Volusia County, Florida.